UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5561 GHK (FFM) | Date | October 21, 2015 |
|---|---|---|---|
| Title | RAYMOND A. GREEN v. PEOPLE OF STATE OF CALIFORNIA | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

Pursuant to this Court's order dated July 28, 2015, petitioner was granted leave to file a first amended petition by August 27, 2015.  As of today's date, petitioner has not filed a first amended petition.  Accordingly, petitioner is ordered to show cause within fifteen (15) days of the date of this order why the action should not be dismissed for want of prosecution.

IT IS SO ORDERED.

:

Initials of Preparer        JM