UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND A. GREEN, | ) | No. CV 15-5561 FFM |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| JOHN KATAVICH, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 16, 2016

/S/FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge